

**STEIN | SAKS, PLLC**

> Application granted. The pre-motion conference scheduled previously for August 10, 2021 is adjourned to 09:30 a.m. on August 12, 2021. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 46.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              August 6, 2021

<u>Via ECF</u>
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street, Room 530
White Plains, New York 10601

   **Re:** **<u>Joseph Herskovitz v. Equifax Info. Servs., LLC, et al</u>**
      Case No.: 7:21-cv-1216
      *Request to reschedule conference date*

Dear Judge Halpern,

  Today Your Honor issued an Order setting a pre-motion conference for August 10, 2021 to discuss Defendant's contemplated Rule 12(c) motion. Plaintiff writes to request that this date be rescheduled.

  Plaintiff has not previously requested an adjournment. The reason for the instant request is that Plaintiff's counsel is unavailable at that date and time. No other existing deadlines will be affected by an adjournment. Counsel for Defendant consents to the adjournment. The parties are available on August 11 from 9 a.m. – 11 a.m. or on August 12 from 9:30-noon.

  We thank the Court for its kind courtesies and consideration.

              Respectfully submitted,

               *s/ Eliyahu Babad*
              Eliyahu Babad, Esq.

              *Counsel for Plaintiff*