# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3724
justinharris@jonesday.com

December 6, 2021

VIA ECF
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Herskovitz v. Equifax Info. Servs., LLC et al.*, No. 7:21-cv-01216

Dear Judge Halpern:

Counsel for Plaintiff Joseph Herskovitz ("Herskovitz") and counsel for Defendant Experian Information Solutions, Inc. ("Experian") write to provide an update about the parties' meet and confer pursuant to your Honor's order on November 4, 2021.

1. Date, Time, and Duration of Each Meet and Confer:  On Thursday, November 11, 2021, counsel for Herskovitz and counsel for Experian had a telephone conference to discuss the possibility of settlement, including what settlement amount would be acceptable, and mediation. James M. Gross, Autumn Hamit Patterson, and Justin B. Harris represented Experian on the call, and Eliyahu R. Babad represented Herskovitz.  The conference lasted eight minutes.  On November 11 and November 21, 2021, counsel exchanged emails that further discussed settlement, mediation, and referral to a magistrate judge.

2. Outcome:  Despite negotiating in good faith, the parties did not agree to settle the case based on different evaluations of the legal issues.  The parties also did not agree that mediation or referral to a magistrate would help resolve this matter.  Accordingly, Experian served its 56.1 Statement on December 1, 2021, and Herskovitz will respond on December 22, 2021.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Honorable Philip M. Halpern
December 6, 2021
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ *Justin B. Harris* | */s/* Eliyahu R. Babad |
| Justin B. Harris | Eliyahu R. Babad, Esq. |
| JONES DAY | Stein Saks, PLLC |
| 250 Vesey Street | One University Plaza, Suite 620 |
| New York, NY 10281 | Hackensack, NJ 07601 |
| Tel: (212) 326-3939 | (201) 282-6500 |
| Email: justinharris@jonesday.com | ebabad@steinsakslegal.com |
| | |
| Victoria Dorfman | *Attorney for Plaintiff Joseph Herskovitz* |
| JONES DAY | |
| 51 Louisiana Avenue, N.W. | |
| Washington, D.C. 20001 | |
| Tel: (202) 879-3687 | |
| Email: vdorfman@jonesday.com | |

Autumn Hamit Patterson*
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Email: ahpatterson@jonesday.com
**Admitted Pro Hac Vice*

*Counsel for Defendant*
*Experian Information Solutions, Inc.*


cc:  All Counsel of Record (via ECF)