UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

---

| | |
|---|---|
| JOSEPH HERSKOVITZ,<br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and VERIZON WIRELESS SERVICES, LLC; | CASE NO. 7:21-cv-01216<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| *(signed)*<br>Eliyahu Babad, Esq.<br>Stein Saks, PLLC<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>(201) 282-6500 x121<br>ebabad@steinsakslegal.com<br><br>*Attorney for Plaintiff Joseph Herskovitz* | *(signed)*<br>Victoria Dorfman, Esq.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 879-3687<br>vdorfman@jonesday.com<br><br>*Attorney for Defendant*<br>*Experian Information Solutions, Inc.* |

SO ORDERED:

_____
Hon. Philip M. Halpern, United States District Court,
Southern District of New York